McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMRIK SINGH, | No. 06-CIV-F-1849 LJO |
| Plaintiff, | JOINT STIPULATION AND ORDER |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff alleges that defendants have delayed in the adjudication of plaintiff's Application for Naturalization, and seeks a de novo determination of that Application pursuant to 8 U.S.C. § 1447(b). The matter is now ripe for administrative adjudication. Accordingly, the parties stipulate that the case be remanded with instructions to United States Citizenship and Immigration Services to adjudicate the application within 60 days from the date of the order of remand.

Respectfully submitted,

Dated: June 12 2007

/s/ Audrey B. Hemesath
Audrey Hemesath
Assistant United States Attorney


/s/ James M. Makasian
Counsel for Plaintiff

-1-

**ORDER**

The parties shall file a Joint Status Report in 60 days indicating whether the application for naturalization was adjudicated.  If the application was not adjudicated, the parties shall request a scheduling conference to move forward with proceedings in this case.  If the Joint Status Report indicates that the application was adjudicated, or if no Joint Status Report is filed, this case will be closed immediately after the expiration of the 60 days.  **REMAND IS HEREBY ORDERED.**

IT IS SO ORDERED.

**Dated:   June 13, 2007**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE