# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMRIK SINGH, | CASE NO. CV-F-06-1849 LJO TAG |
| Plaintiff, | |
| vs. | **ORDER TO CLOSE CASE** |
| MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO GONZALEZ, Director of the U. S. Citizenship and Immigration Services, DAVID STILL, District Director of the U. S. Citizenship and Immigration Services, DON RIDING, Officer in Charge of the Fresno Office of the U.S. Citizenship and Immigration Services, and McGREGOR W. SCOTT, Attorney General of the United States, Eastern District, | |
| Defendants. | |
| _____ / | |

On June 13, 2007, this Court signed a Joint Stipulation and Order (Doc. 18) remanding this case to the United States Citizenship and Immigration Service, with instructions to adjudicate Plaintiff's application for naturalization within 60 days. On June 20, 2007, Defendants filed a Notice of Administrative Adjudication. Whereas Plaintiff filed this action seeking declaratory judgment of naturalization, and Plaintiff has been issued a Form N-445, Notice of Naturalization Oath Ceremony (Doc. 19-2), approving Plaintiff for naturalization, this action is now moot. Accordingly, this action is CLOSED.

**IT IS SO ORDERED.**

**Dated:   June 21, 2007**                             /s/ Lawrence J. O'Neill
                                                                         **UNITED STATES DISTRICT JUDGE**

1